**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>Danell Tomasella</u>
        Plaintiff

    V.

<u>The Hershey Company et al</u>
        Defendant

CIVIL ACTION

NO. <u>18-10360-ADB</u>

**ORDER OF DISMISSAL**

<u>Burroughs, D. J.</u>

    In accordance with the Court's Memorandum & Order dated <u>1/30/2019</u> Granting Defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

        By the Court,

<u>1/30/2019</u>          <u>/s/ Christina McDonagh</u>
  Date                     Deputy Clerk